AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GLOW BOWL, LLC *Plaintiff(s)* v. ONTEL PRODUCTS CORPORATION *Defendant(s)* | Civil Action No. 0:16-cv-60805-Lenard/Goodman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ONTEL PRODUCTS CORPORATION
C/O Registered Agent
Ashok Khubani
21 Law Drive
Fairfield, NJ 07004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joel B. Rothman
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 - phone
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 13, 2016

Steven M. Larimore
Clerk of Court

SUMMONS

*s/ S. Reid*
Deputy Clerk
U.S. District Courts