UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number:  0:16-cv-60805-JAL

GLOW BOWL, LLC,

    Plaintiff,

v.

ONTEL PRODUCTS CORPORATION,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

In accordance with the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff GLOW BOWL, LLC and Defendant ONTEL PRODUCTS CORPORATION, by and through their undersigned attorneys, stipulate to the dismissal of all claims brought by Plaintiff in this action with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  February 21, 2017        Respectfully submitted,

| | |
|---|---|
| /s/Kevin E. Cudlipp | /s/Vijay G. Brijbasi |
| KEVIN E. CUDLIPP | VIJAY G. BRIJBASI |
| Florida Bar No. 112433 | **DICKINSON WRIGHT, PLLC** |
| kevin.cudlipp@sriplaw.com | 350 E. Las Olas Boulevard |
| JOEL B. ROTHMAN | Suite 1750 |
| Florida Bar No. 98220 | Fort Lauderdale, FL 33301 |
| joel.rothman@sriplaw.com | 954.991.5424 – Telephone |
| JEROLD I. SCHNEIDER | 248.433.7274 – Facsimile |
| Florida Bar No. 26975 | vbrijbasi@dickinsonwright.com |
| jerold.schneider@sriplaw.com | |
| | FRANKLIN M. SMITH |
| **SCHNEIDER ROTHMAN** | *(admitted pro hac vice)* |
| **INTELLECTUAL** | JOHN S. ARTZ |
| **PROPERTY LAW GROUP PLLC** | *(admitted pro hac vice)* |
| 4651 North Federal Highway | **DICKINSON WRIGHT PLLC** |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 FEDERAL HIGHWAY
BOCA RATON, FL  33431

| | |
|---|---|
| Boca Raton, FL 33431<br>561.404.4350 – Telephone<br>561.404.4353 – Facsimile<br><br>*Attorneys for Plaintiff Glow Bowl, LLC* | 2600 West Big Beaver Road<br>Suite 300<br>Troy, MI  48084<br>242.433.7200 – Telephone<br>fsmith@dickinsonwright.com<br>jsartz@dickinsonwright.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 21, 2017, a true and correct copy of the foregoing document was served by the Court's CM/ECF system, by electronic mail, on all parties listed below on the service list.

*Kevin E. Cudlipp*
KEVIN E. CUDLIPP

## SERVICE LIST

| | |
|---|---|
| Vijay G. Brijbasi<br>**DICKINSON WRIGHT, PLLC**<br>350 E. Las Olas Boulevard<br>Suite 1750<br>Fort Lauderdale, FL  33301<br>954.991.5424 – Telephone<br>248.433.7274 – Facsimile<br>vbrijbasi@dickinsonwright.com<br><br>*Attorneys for Defendant* | Franklin M. Smith<br>John S. Artz<br>**DICKINSON WRIGHT PLLC**<br>2600 West Big Beaver Road<br>Suite 300<br>Troy, MI  48084<br>242.433.7200 – Telephone<br>fsmith@dickinsonwright.com<br>jsartz@dickinsonwright.com<br><br>*Attorneys for Defendant admitted pro hac vice* |